IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERT LOUIS SCARPULLA, JR., | § | |
| TDCJ-CID NO.1129969, | § | |
|     Petitioner, | § | |
| v. | § | CIVIL ACTION H-06-2270 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
|     Respondent. | § | |

FINAL JUDGMENT

For the reasons set forth in the Court's Opinion on Dismissal, this case is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, on this 8th day of January, 2007.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE